Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Brandon Franklin, on behalf of himself and all others similarly situated**  ) ) ) | |
| **Plaintiff,**  ) ) | |
| vs.  ) ) | Case Number: 4:23-cv-04054-SLD-JEH |
| **Smithfield Fresh Meats Corp.,**  ) ) | |
| **Defendant.**  ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Brandon Franklin's action against Defendant Smithfield Fresh Meats Corps. is dismissed with prejudice.

**Dated: 11/3/2023**

AJKV

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court